# COUNTY OF SUFFOLK



```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 04 2021   ★
```

SUFFOLK COUNTY CLERK'S OFFICE   LONG ISLAND OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 55859

Date: 8/4/21

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 610625/2021, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator

Rev. 12/26/19



21 CV 3914 (JMA)(ST)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**
filed in my office on **08/04/2021**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **8/4/2021** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL

NYSCEF
Suffolk County Supreme Court

**Document List**
**Index # 610625/2021**

Created on:08/04/2021 12:38 PM

Case Caption:   Tanosha Toney v. Credence Resource Management LLC
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT - *Corrected* | Processed | 06/09/2021 | Zemel, D. |
| 2 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 07/12/2021 | Smith, K. |
| 3 | EXHIBIT(S)<br>Notice of Removal | Processed | 07/12/2021 | Smith, K. |

SUPREME COURT OF THE STATE OF NEW YORK
SUFFOLK COUNTY

| | |
|---|---|
| TANOSHA TONEY, and all other similarly situated consumers, <br><br> Plaintiff, <br><br> v. <br><br> CREDENCE RESOURCE MANAGEMENT, LLC <br><br> Defendant. | Docket No. 610625/2021 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Credence Resource Management, LLC ("Credence"), has filed a Notice of Removal of this action with the United States District Court for the Eastern District of New York. A copy of the notice is attached hereto as **Exhibit 1**.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court for the Eastern District of New York.

1

Dated: July 12, 2021                    Respectfully submitted,

/s/ Kirsten H. Smith
Kirsten H. Smith (#4838868)
SESSIONS, ISRAEL & SHARTLE, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 846-7943
Email: ksmith@sessions.legal
*Attorneys for Defendant,*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021 a copy of the foregoing was served via U.S. Mail, postage prepaid and electronic mail, on the following:

Daniel Zemel, Esq.
Elizabeth Apostola, Esq.
Zemel Law, LLC
660 Broadway
Paterson, NJ 07514

/s/ Kirsten H. Smith
Attorney